

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01009-CR

Mark Anthony **MASCILLI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR8025
Honorable Christine Del Prado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED March 26, 2025.

_____
Adrian A. Spears II, Justice